UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEADATO JORDAN,

   Petitioner,      Case No. 1:18-cv-546

v.             Honorable Paul L. Maloney

FRIEND OF THE COURT et al.,

   Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases and Fed. R. Civ. P. 12(h)(3) for lack of subject-matter jurisdiction.

Dated: June 6, 2018       /s/ Paul L. Maloney
               Paul L. Maloney
               United States District Judge